# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHELLE SEMELBAUER, et al.,

    Plaintiffs,

vs.

Case No. 14-cv-1245

Hon. Janet T. Neff

MUSKEGON COUNTY, et al.,

    Defendants.

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This matter has been settled. Therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this case with prejudice and without costs or fees to any party.

This stipulation and order resolves all pending claims and closes the case.

Dated: July 24, 2017

/s/ Daniel S. Korobkin
Daniel S. Korobkin (P72842)
American Civil Liberties Union Fund
  of Michigan
Attorney for Plaintiffs

Dated: July 24, 2017

/s/ John M. Karafa (by consent)
John M. Karafa (P36007)
Williams Hughes PLLC
Attorney for Defendants

Dated: July 24, 2017

/s/ Allan C. Vanderlaan (by consent)
Allan V. Vanderlaan (P33893)
Cummings, McClorey, Davis & Acho
Attorney for Defendants

1

IT IS SO ORDERED.

Dated:  

HON. JANET T. NEFF  
UNITED STATES DISTRICT JUDGE